854

No. 79–6650. SKIDMORE *v.* CONSOLIDATED RAIL CORP. ET AL. C. A. 2d Cir. Certiorari denied.

No. 79–6651. CALDWELL ET AL. *v.* HENDERSON, REGIONAL DIRECTOR, BUREAU OF PRISONS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 79–6653. WHITE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 79–6654. McILVAIN *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 79–6655. HANSON ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 79–6656. CORSANI *v.* SENA, JUDGE, ET AL. C. A. 2d Cir. Certiorari denied.

No. 79–6657. MEJIA *v.* NEW YORK SHERATON HOTEL. C. A. 2d Cir. Certiorari denied.

No. 79–6658. NEAL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 79–6659. FAUST *v.* WATKINS ET AL. C. A. 4th Cir. Certiorari denied.

No. 79–6660. MONEY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–6661. OPACKI *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 79–6662. VARGAS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 79–6664. ALFORD *v.* CENTRAL INTELLIGENCE AGENCY. C. A. 5th Cir. Certiorari denied.